KATHRYNE SHANNON, Appellant, *v.* MARGARET V. BERGENER, Respondent.

Argued May 20, 1949; decided June 3, 1949.

*Arthur H. Ellis* for appellant.

*John A. Wallace* and *John E. Tobin* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the issues as to negligence and contributory negligence were proper for submission to the jury. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.